*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

JOSEPH NATHAN PEREZ,

        Defendant-Appellant.

UNPUBLISHED
February 11, 2021

No. 350037
Kent Circuit Court
LC No. 18-003297-FH

Before: BECKERING, P.J., and SAWYER and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

I concur fully with the majority as to defendant's claims regarding mistrial, the complainant's wearing of non-jail clothing, permitting the not-yet-certified SANE nurse to testify, the denial of a directed verdict and the sufficiency of the evidence. As to the other issues, I concur in result only as I do not fully agree with the majority's analysis. I would conclude that the instruction referencing defendant's parole-status was error, but was forfeited as counsel specifically approved the subject instruction. I would also conclude that the nurse's testimony that the results of the physical examination were consistent with the history provided by the complainant constituted improper vouching but was harmless given counsel's cross examination regarding the exam and the other proofs in the case. Finally, counsel's failure to cross-examine the complainant regarding her prior convictions was error as it served no tactical purpose, but I do not believe that such impeachment would have made a different outcome reasonably probable. See *People v Carbin*, 463 Mich 590, 600; 623 NW2d 884 (2001), citing *Strickland v Washington*, 466 US 668, 694; 104 S Ct 2052; 80 L Ed 2d 674 (1984) ("To demonstrate prejudice, the defendant must show the existence of a reasonable probability that, but for counsel's error, the result of the proceeding would have been different.").

/s/ Douglas B. Shapiro